UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:                                                                                  Hon. James W. Boyd

SHAUN DEREK COPPES and
STEVEN PAUL KOOPMAN,                                              Case No. 21-02330

    Debtors.                                                                        Chapter 7
_____/

## NOTICE OF § 341 FIRST MEETING OF CREDITORS AS ZOOM VIDEOCONFERENCE

Chapter 7 Trustee, Scott A. Chernich, hereby gives notice that the § 341 First Meeting of Creditors for SHAUN DEREK COPPES and STEVEN PAUL KOOPMAN scheduled for November 12, 2021 at 1:00 p.m. will be held at the scheduled date and time but will be conducted via **Zoom videoconference** and telephone due to concerns about COVID-19/coronavirus. Debtors, creditors, counsel, and other interested parties can join the Zoom videoconference via the link and instructions below:

https://zoom.us/j/93352396818?pwd=dFdwZlhJZDFvZXk1UkRaS2IydVVYdz09

**Meeting ID: 933 5239 6818**

**Passcode: 499984**

Alternatively, you may join the conference via telephone as follows:

**Dial: (312) 626-6799**

**Meeting ID: 933 5239 6818**

**Passcode: 499984**

Video participation through Zoom using the information above is preferred and strongly recommended.

Multiple meetings will be scheduled during the same hour. Upon being connected to the Zoom videoconference and/or conference call, all parties must **IMMEDIATELY MUTE THEIR**

**LINES UNTIL THEIR CASE IS CALLED** by the Trustee.  Parties do not need to announce their names until their case is called.  Parties unable to connect to the Zoom videoconference or the conference call should send an e-mail to schernich@fosterswift.com.  Debtors are **not** required to be in the same physical location as their attorneys.  All meetings will be recorded.  Please contact the Trustee's Paralegal Nancy S. Robinson at (517) 371-8137 or nrobinson@fosterswift.com with questions or concerns.

Dated: October 29, 2021                    /s/     Scott A. Chernich
                                                                           Scott A. Chernich (P48893)
                                                    Chapter 7 Trustee
                                                    313 S. Washington Square
                                                    Lansing, MI 48933
                                                    (517) 371-8133; schernich@fosterswift.com

13333:90000:100081188-1